# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Vincent E. Cirino | | |
| | Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | NO. 14-16802 JKF |
| Vincent E. Cirino | | |
| | Debtor | |
| William C. Miller Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 14th day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 221 Warren Street, Willow Grove, PA 19090 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.