United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 14-16802-jkf
Vincent E. Cirino                                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR              Page 1 of 1           Date Rcvd: Sep 15, 2016
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db             +Vincent E. Cirino,    221 Warren Street,    Willow Grove, PA 19090-2119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     DAVID B. SPITOFSKY    on behalf of Debtor Vincent E. Cirino spitofskybk@verizon.net,
      spitofskylaw@verizon.net
     JAMES RANDOLPH WOOD    on behalf of Creditor    Upper Moreland-Hatboro Joint Sewer Authority
      jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                         TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Vincent E. Cirino | | CHAPTER 13 |
| | Debtor | |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | NO. 14-16802 JKF |
| Vincent E. Cirino | | |
| | Debtor | |
| William C. Miller Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 14th day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 221 Warren Street, Willow Grove, PA 19090 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.