# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 14-16802-JKF

VINCENT E. CIRINO

221 WARREN STREET

WILLOW GROVE, PA 19090

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  VINCENT E. CIRINO

  221 WARREN STREET

  WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

  DAVID B. SPITOFSKY ESQUIRE
  LAW OFFICES OF DAVID SPITOFSKY
  516 SWEDE ST
  NORRISTOWN, PA 19401-

Date: 11/21/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee