# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent E. Cirino<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-16802 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4479

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/Thomas Puleo, Esquire**
　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406