# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT E. CIRINO                      Chapter 13


                    Debtor            Bankruptcy No. 14-16802-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

     **AND NOW**, this _____ day of _____, 201__, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.


_____     12/22/16
          Jean K. FitzSimon
          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
VINCENT E. CIRINO

221 WARREN STREET

WILLOW GROVE, PA 19090