United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-16802-jkf
Vincent E. Cirino                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 2        Date Rcvd: Dec 23, 2016
                            Form ID: pdf900     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.
```
db             +Vincent E. Cirino,    221 Warren Street,    Willow Grove, PA 19090-2119
cr             +Upper Moreland-Hatboro Joint Sewer Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13374370       +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
13374373       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13374372       +Kathleen M. Cirino,    221 Warren Street,    Willow Grove, PA 19090-2119
13410450      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 PO BOX 630267,    Irving, TX 75063)
13839969       +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13398258        Upper Moreland-Hatboro Joint Sewer Authority,    PO Box 535,    Willow Grove Pa 19090-0535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 24 2016 00:46:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2016 00:46:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2016 00:41:10     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
13374371       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 24 2016 00:46:20     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13374375        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2016 00:45:38     PA Department of Revenue,
                 Commonwealth of Pennsylvania,    Bankruptcy Div., Dept. 280946,    Harrisburg, PA  17128-0496
13377926       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2016 00:45:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13466836        E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2016 00:40:48
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13501790*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX  75261-9741)
13374374*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
13374369*      +Vincent E. Cirino,    221 Warren Street,    Willow Grove, PA 19090-2119
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: DonnaR                Page 2 of 2                   Date Rcvd: Dec 23, 2016
                               Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
         ANDREW F GORNALL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         DAVID B. SPITOFSKY    on behalf of Debtor Vincent E. Cirino spitofskybk@verizon.net,
          spitofskylaw@verizon.net
         JAMES RANDOLPH WOOD   on behalf of Creditor   Upper Moreland-Hatboro Joint Sewer Authority
          jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
         KRISTEN D. LITTLE   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pabk@logs.com
         THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 9

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT E. CIRINO | Chapter 13 |
| Debtor | Bankruptcy No. 14-16802-JKF |

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____    12/22/16
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-


Debtor:
VINCENT E. CIRINO

221 WARREN STREET

WILLOW GROVE, PA 19090